UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASSET BASED VALUE CORP.,

                         Plaintiff,

-v-

RICHARD SHULMAN,

                         Defendant.

18 Civ. 8123 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 19, 2019, defendant Richard Shulman filed a motion for disbursement of funds. Dkt. 30. On November 21, 2019, the Court issued an order that, *inter alia*, appointed a referee to hold a hearing and "ascertain and report the amount due" to all persons or entities having a claim on the funds. Dkt. 31. The order further directed that "surplus funds in the amount of $424,007.35 be distributed to Richard Shulman." *Id.* Such relief to Shulman, however, would vitiate the referee's function to determine the distribution of funds. The Court therefore has issued a corrected order, which eliminates the paragraph providing for the distribution of funds to Shulman.

SO ORDERED.

                                                                 *Paul A. Engelmayer*
                                                                 PAUL A. ENGELMAYER
                                                                 United States District Judge

Dated: November 22, 2019
       New York, New York