UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASSET BASED VALUE CORP.,

                          Plaintiff,

-v-

RICHARD SHULMAN,

                          Defendant.

18 Civ. 8123 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On April 13, 2020, the Court ordered disbursement of surplus funds to Richard Shulman, the defendant, and Eric M. Zim, Esq., the surplus referee. Dkt. 37. On May 1, 2020, the funds were disbursed in accordance with the Court's order. *See* Dkt.

As no further action is necessary, the Clerk of the Court is respectfully directed to terminate the case.

SO ORDERED.

                                              *Paul A. Engelmayer*
                                              Paul A. Engelmayer
                                              United States District Judge

Dated: September 30, 2021
        New York, New York